No. 67919.—Roto Bag Machine Corp. and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 60/7836, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.